

**FILED**
2/21 /2021 CL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX ACEVEDO | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **1:21-cr-00135**<br><br>Violations: Title 26, United States Code, Section 7206(1) |

Presiding Judge Edmond E. Chang
Magistrate Judge Sunil R. Harjani

## COUNT ONE

THE SPECIAL JANUARY 2019 GRAND JURY charges:

On or about April 18, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALEX ACEVEDO,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2016, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that the defendant did not report as "Gross receipts" on line 1 of Schedule C or on any other line of Schedule C of the return or on any other income line of the Form 1040 at least $49,154 in gross income that he received, and also in that defendant listed his total income on Form 1040, line 22, as being $21,015, when defendant knew that the total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about April 14, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ALEX ACEVEDO,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2018, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that the defendant did not report as "Gross receipts" on line 1 of Schedule C or on any other line of Schedule C of the return or on any other income line of the Form 1040 at least $16,843 in gross income that he received, and also in that defendant listed his total income on Form 1040, line 6, as being $80,664, when defendant knew that the total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

2