UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:21-CR-00135 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| ALEX ACEVEDO | ) | |

ORDER

This Order contains the exhibits chart with the decisions made at the January 6, 2023 pretrial conference on the objected-to defense exhibits and provides a more detailed discussion on a few.

**Defense Exh. 14 (Alex Acevedo 2015 Tax Return (1099 Worksheets)).** The government objects to the introduction of Defense Exhibit 14 on hearsay and relevancy grounds. The defense explained that this exhibit is a document kept by TurboTax and includes all the information inputted by Acevedo when preparing his 2015 taxes. R. 81, Pretrial Conf. Tr. at 25:18–25.[1] This document is different from Government Exhibit 1, the actual 2015 tax return forwarded to the IRS, because Defense Exhibit 14 includes all the forms and worksheets completed by Acevedo when preparing the 2015 taxes, and not all of those forms and worksheets were ultimately submitted to the IRS. *Id.* The defense contends that this exhibit is relevant to rebut the argument that even though Acevedo did not receive a Form 1099 in 2015, he still timely reported all his income for that year—in contrast to tax years 2016 and 2018. *Id.* at 29:18–30:5.

More specifically, the defense proffered that Acevedo will testify that he actually did get Forms 1099 from two organizations—including Apex Strategy LLC—for tax year 2015, and that is why he was able to file his 2015 return on time. *Id.* at 29:18–30:17. If Acevedo does so testify, then this exhibit becomes relevant and admissible, but only to help him explain the breakdown of money he received from the

---

[1]Citations to the record are "R." followed by the docket entry number and, if needed, a page or paragraph number.

two organizations that purportedly provided him with Forms 1099 in 2015. The Defense also must narrow the exhibit only to those few pages necessary to support Acevedo's testimony challenging the government's argument that he did not receive Forms 1099 in 2015.

**Defense Exhs. 19 (Michael Acevedo 2016 IRS Wage and Income Report) and 20 (Michael Acevedo 2018 IRS Wage and Income Report).** Exhibits 19 and 20 are Michael Acevedo's wage-and-income transcripts for 2016 and 2018. The defense offers them to show that Michael Acevedo in fact did not provide his brother with tax forms for 2016 and 2018 because Michael did not even file his *own* taxes for those years. Pretrial Conf. Tr. at 40:3–11. The government argues that these exhibits are irrelevant. But the transcripts do have very modest probative value in showing that Michael Acevedo did not provide his brother with tax forms for tax years 2016 and 2018. Having said that, Michael's failure to provide forms is undisputed. The modest probative value is substantially outweighed by the additional time and testimony that would be needed to explain the transcripts and to explain the concept of pass-through taxation applicable to Limited Liability Companies like Apex. Defense Exhibits 19 and 20 are excluded under Federal Rule of Evidence 403.

**Defense Exhs. 43 (2015 Form 1099 Issued by ABDI), 44 (ABDI Alex Acevedo W-9 - Email), 53 (Summary of Checks Paid to Apex by ABDI), and 54 (September 17, 2016 Email from Alex Acevedo to Debbie Massey at ABDI).** Originally, Defense Exhibit 43 consisted of several documents produced by the Associated Beer Distributors of Illinois. But the defense agreed at the pretrial conference to alter Defense Exhibit 43 for trial as follows. First, the Form 1099 issued by ABDI in 2015 now comprises the entirety of the new trial-version of Defense Exhibit 43. Pretrial Conf. Tr. at 56:23–24. This 2015 Form 1099 will only be admissible after Acevedo testifies that what is reflected in it is what he personally received as income from Apex, and that he understood this Form 1099 to be what he needed to report his Apex income for 2015, even though the form was not issued by Apex. Second, the summary chart of checks paid by ABDI to Apex was made into its own, separate Defense Exhibit 53. *Id.* at 58:17–23. But this new Defense Exhibit 53 was withdrawn by the defense after the pretrial conference.

Third, the September 17, 2016 email from Alexander Acevedo to Debbie Massey at ABDI was also made into a separate exhibit, now number 54. *Id.* at 67:12–14. For this email too, admissibility is reserved pending Acevedo's testimony, namely that the Form 1099 issued in 2015 by ABDI to Apex formed the basis for his Apex income for that year, which he did report to the IRS. The defense also proffered that

2

Acevedo would testify that he was the main ABDI point of contact for Apex. *Id.* at 63:24–66:23. Also, in 2015, *see* Defense Exhibit 44, Acevedo provided ABDI with the wrong Employer Identification Number on the W-9 form that ABDI requested in order to issue Forms 1099 to Apex. *Id.* at 63:24–66:23. This mistake was then purportedly fixed by Acevedo in 2016, as the defense will try to show through Defense Exhibit 54. In any event, Defense Exhibits 44 and 54, which are about the same EIN topic, are reserved pending Acevedo's testimony about his reliance on the 2015 ABDI Form 1099 for his personal taxes even though the form was issued to Apex and not to him directly.

**Defense Exhs 45 (IRS Topic No. 762 – Independent Contractor vs. Employee) and 46 (IRS Publication 1779, Independent Contractor or Employee).** After the pretrial conference, the defense clarified that it will only seek to use these two exhibits for identification and not admission. But earlier, the Defense had offered these IRS publications—which explain the difference between a W-2 and a 1099 employee—to argue that Acevedo should have reported his Apex income as an employee instead of as an independent contractor. Pretrial Conf. Tr. at 60:13–24. At the pretrial conference, the government objected to them as irrelevant. *Id.* at 61:6–62:9. The government made the specific point that whether Acevedo was an employee or an independent contractor to Apex is irrelevant because the key question is whether he received income that he willfully did not declare. *Id.*

But 26 U.S. Code § 7206(1) does contain a materiality requirement. The relative amount Acevedo would have owed as a W-2 employee is different from what he would have owed as a 1099 contractor. This relative difference of taxes owed might have some probative value for the jury's evaluation of materiality. Ultimately, if Acevedo testifies and puts at issue the question of whether he was an employee or independent contractor at Apex, then these IRS publications might become relevant in examining the IRS Revenue Agent. The revenue agent should plan to be available for recall after Acevedo's testimony, if needed.

ENTERED:

            s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: January 25, 2023

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-1 | AT&T - Apex Contract 2015 APEX_004-0001034 | Rule 401 & 803(6) Probative of Income Received and Services to be Performed | No Objection | |
| D-2 | AT&T November 2015 Payment to Apex APEX_004-0000686 | Rule 401 & 803(6) Probative of Income Received | No Objection | Withdrawn after pretrial conference |
| D-3 | AT&T - Apex 2016 Contract APEX_004-0000425 | Rule 401 & 803(6) Probative of Income Received and Services to be Performed | No Objection | |
| D-4 | AT&T - Apex April 2016 Payment (discount) APEX_004-0000685 | Rule 401 & 803(6) Probative of Income Received | No Objection | Withdrawn after pretrial conference |
| D-5 | AT&T - Apex Emails Reflecting Services APEX_004-0000861 | Rule 401 & 803(6) Probative of Income Received and Services Performed | R. 802 Hearsay | Withdrawn after pretrial conference |
| D-6 | AT&T - Apex Summary of 2015 and 2016 Payment AT&TIL-0002882 | Rule 401 & 803(6) Probative of Income Received | No Objection | |
| D-7 | AT&T - Apex | Rule 401 & 803(6) | No Objection | Withdrawn after pretrial conference |

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| | Payment February – December 2015 Services | Probative of the Timing of when Income Received | | |
| D-8 | AT&T – Apex Payments Summary Justification | Probative of Income Received | No Objection | |
| D-9 | AT&T – Apex 2016 Work Product APEX_004-0000766 | Rule 401 & 803(6) Probative of Income Received and Services to Perform | No Objection | Withdrawn after pretrial conference |
| D-10 | ABDI – Apex 2015 Contract - Email ABDI_003-000004 | Rule 401 & 803(6) Probative of Income Received and Services to Perform | No Objection | |
| D-11 | ABDI – Apex 2015 Contract ABDI_003-000005 | Rule 401 & 803(6) Probative of Income Received and Services to Perform | No Objection | |
| D-12 | Apex Checks Payable to Alex Acevedo (Checks included in Government's Chart) | Rule 401 & 803(6) Probative of Income Received | No Objection | |
| D-13 | Michael Acevedo 2015 Tax Return APEX_002-000079 | Rule 401 Probative of Income Reported for Alex Acevedo | R. 402 no relevance as to Defendant's filing of false tax returns | Withdrawn at pretrial conference |

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-14 | Alex Acevedo 2015 Tax Return (1099 Worksheets) LEALTAD_002-0000212 | Rule 401 Probative of Income Reported | As to draft tax returns (i.e., those not filed with the IRS), the government objects on the basis of hearsay (R. 802) and relevance (R. 402). The government reserves an objection as to authentication (R. 901). | Allowed, but the Defense must narrow it down to include only relevant pages |
| D-15 | Alex Acevedo 2016 Tax Return | Rule 401 Probative of Income Reported | Same objection as to D-14. | Excluded on relevancy grounds because the Defense did not plan to point to anything specific in the exhibit, but rather planned to use it only generally, specifically to show that Acevedo self-prepared his taxes in 2016 using TurboTax software |
| D-16 | Alex Acevedo 2016X Tax Return TORRES_001-0000393 | Rule 401 & 803(3) Demonstrates Alex Acevedo's state of mind regarding amendment | R. 402 no relevance as to Defendant's state of mind; R. 403 confusion. | Excluded on Rule 403 grounds as duplicative of Defense Exhibit 17 |

6

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-17 | Alex Acevedo 2016X Tax Return - Mailed | Rule 401 & 803(3) Demonstrates Alex Acevedo's state of mind regarding amendment | R. 402 no relevance as to Defendant's state of mind; R. 403 confusion. | Amended, mailed 2016 tax return reserved on the grounds explained in the Order issued ahead of the pretrial conference, see R. 79, Jan. 5 Order at 1–5 |
| D-18 | Alex Acevedo 2016 & 2018 State Tax Payments | Rule 401, 803(3) & 803(6) Demonstrates Alex Acevedo's state of mind regarding amendment | R. 402 no relevance as to Defendant's state of mind; R. 403 confusion. | Excluded as irrelevant given the elimination of the reference to state taxes in Government Exhibit 36 |
| D-19 | 2016 IRS Wage and Income Report – Michael Acevedo 201612_Wage and Income_Transcript | Rule 401 & 803(6) Demonstrates no Form 1099 issued in 2016 | R. 402 no relevance as Defendant's state of mind. | Excluded on Rule 403 grounds |
| D-20 | 2018 IRS Wage and Income Report – Michael Acevedo 201812_Wage and Income_Transcript | Rule 401 & 803(6) Demonstrates no Form 1099 issued in 2018 | R. 402 no relevance as Defendant's state of mind. | Excluded on Rule 403 grounds |
| D-21 | Alex Acevedo 2018 Tax Return | Rule 401 Probative of Income Reported | Same objection as to D-14. | Withdrawn at pretrial conference |
| D-22 | Alex Acevedo 2018X Tax Return - Mailed | Rule 401 & 803(3) Demonstrates Alex Acevedo's state of mind regarding amendment | R. 402 no relevance as to Defendant's state of mind; R. 403 confusion. | Amended, mailed 2018 tax return reserved on the grounds explained in the Or- |

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| | | | | der issued ahead of the pretrial conference, see R. 79, Jan. 5 Order at 1–5 |
| D-23 | Alex Acevedo 2017 Tax Return TORRES_001-0000044 | Rule 401 & 803(3) Demonstrates Alex Acevedo's state of mind regarding amendment | R. 402 no relevance as to Defendant's state of mind; R. 802 hearsay. | Withdrawn at pretrial conference |
| D-24 | Alex Acevedo IRS Transcripts 2015 | Rule 401 Probative of Income Reported | R. 402 partial objection – no relevance as to 2017 transcript. | Allowed, but Acevedo will eliminate the irrelevant 2017 and 2019 account transcripts from the exhibit |
| D-25 | Bob Myers Report of Interview IRS_007-000003 | Marked for Identification not admission | The government reserves objections to admission. | |
| D-26 | Alex Acevedo Proffer Letter | Marked for Identification not admission | The government reserves objections to admission. | |
| D-27 | Alex Acevedo Proffer Report (Suba) IRS_013-0000001 | Marked for Identification not admission | The government reserves objections to admission. | |
| D-28 | Alex Acevedo Proffer Notes (Suba) | Marked for Identification not admission | The government reserves objections to admission. | |
| D-29 | IRS Apex 1099 Data 2015 to 2018 | Rule 401 | R. 402 no relevance as to Defendant's fil- | Withdrawn at pretrial conference |

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| | | | ing of false tax returns; R. 403 confusion. | |
| D-30 | Michael Acevedo Emails Re 2016 Taxes | Marked for Identification not admission | The government reserves objections to admission. | Withdrawn after pretrial conference |
| D-31 | Alex Acevedo – CHA CHA_001-0000001 | Rule 401 | The government understands this exhibit to consist of all records produced by the Chicago Housing Authority to the government during this investigation. Some of the contents of those documents are relevant, while other are not. Objections include R. 402 and R. 802. | Withdrawn at pretrial conference |
| D-32 | Alex Acevedo – Research | Marked for Identification not admission | The government reserves objections to admission. | |
| D-33 | Report of Interview Juan Torres IRS_021-000001 | Marked for Identification not admission | The government reserves objections to admission. | |

9

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-34 | Juan Torres – Alex Acevedo Email Exchanges TORRES_001-0000388 | Marked for Identification not admission | The government reserves objections to admission. | |
| D-35 | Fernando Zavala Report of Interview IRS_003-000009 | Marked for Identification not admission | The government reserves objections to admission. | |
| D-36 | Jonathan Drobis Report of Interview ABDI_003-000005 | Marked for Identification not admission | The government reserves objections to admission. | |
| D-37 | Text Between Alex Acevedo and Julianna Ceja | Marked for Identification not admission | The government reserves objections to admission. | Withdrawn after pretrial conference |
| D-38 | Intuit Turbo Tax Business records | Rule 401 & 803(6) | Documents yet to be received in response to trial subpoena. The government reserves objections to admission. | Withdrawn after pretrial conference |
| D-39 | ADP Business Records | Rule 401 & 803(6) | Documents yet to be received in response to trial subpoena. The government reserves objections to admission. | Withdrawn after pretrial conference |

10

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-40 | Fernando Zavala Business records | Rule 401 & 803(6) | This is a bulk exhibit that contains a variety of records inadmissible under R. 402 and R. 802. | Withdrawn at pretrial conference |
| D-41 | Juan Torres Business Records | Rule 401 & 803(6) | Documents yet to be received in response to trial subpoena. The government reserves objections to admission. | Withdrawn after pretrial conference |
| D-42 | Chicago Patrolmen's Credit Union – Bank Records CPFCU_003-000005 | | N/A | Withdrawn at pretrial conference |
| D-43 | ABDI Tax year 2015 1099 Issued to Apex | | Relevance | Reserved pending Acevedo's testimony about his reliance on the 2015 ABDI Form 1099 for his personal taxes even though the form was officially issued to Apex |
| D-44 | ABDI Alex Acevedo W-9 - Email | | | Reserved pending Acevedo's testimony about his reliance on the 2015 ABDI Form 1099 for his personal taxes even though the form was officially issued to Apex |

11

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-45 | IRS Topic No. 762 – Independent Contractor vs. Employee | Marked for Identification not admission | Relevance | Now marked only for identification, but if admission is sought, then it is excluded unless Defendant testifies to make exhibit relevant and admissible |
| D-46 | IRS Publication 1779, Independent Contractor or Employee | Marked for Identification not admission | Relevance | Now marked only for identification, but if admission is sought, then it is excluded unless Defendant testifies to make exhibit relevant and admissible |
| D-47 | IRS 2015 1099s Issued to TIN 4478897 | | N/A | Withdrawn at pretrial conference |
| D-48 | Dewey Square Group 2017 Contract DSG_001-000003 | | No Objection | |
| D-49 | Dewey Square Group Business Records from Apex – W-9 DSG_001-000008 | | | Excluded on Rule 403 grounds and because it is dated 2017 (not 2015), but the government and Defense will work to enter into a stipulation about Apex's Employer Identification Number |

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| D-50 | Dewey Square Group Business records from Apex – Invoices DSG_001-000009 | | No Objection | Withdrawn after pretrial conference |
| D-51 | Dewey Square Group DSG_001-000015 | | No Objection | Withdrawn after pretrial conference |
| D-52 | Dewey Square Group Community Outreach Plan DSG_001-000019 | | No Objection | |
| D-53 | Summary of Checks Paid to Apex by ABDI | | Relevance | Withdrawn after pretrial conference |
| D-54 | Alex Acevedo email to Massey Correcting EIN | | Hearsay | Reserved pending Acevedo's testimony about his reliance on the 2015 ABDI Form 1099 for his personal taxes even though the form was officially issued to Apex |
| D-55 | 2015 Rahm Emanuel Campaign 1099 - $5,850 | | | Reserved because it was offered by Defendant after the pretrial conference |
| D-56 | Tyler Black Resume- Criminal Investigations | Marked for Identification not admission | | Now marked only for identification, but if admission is sought, then reserved be- |

13

| No | Description | Relevance | Objection | Decision |
|---|---|---|---|---|
| | | | | cause it was offered by Defendant after the pretrial conference |

14