## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:21−cr−00135
Honorable Edmond E. Chang

Alex Acevedo

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Alex Acevedo: Voir dire begun and concluded. Jury trial held and continued to 01/27/2023 at 9:00 a.m. Counsel shall arrive and be prepared to start by 8:45 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.