**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:21-CR-00135 |
| ) | |
| v. ) | |
| ) | Judge Edmond E. Chang |
| ) | |
| ALEX ACEVEDO ) | |

**ORDER**

This Order accompanies Court Set 1 of the Revised Jury Instructions.

**Bracketed Instructions.** The usual bracketed instructions will be decided during the in-trial instructions conference: whether the defendant testifies or presents evidence (page 8);[1] credibility of witnesses (page 9); and prior inconsistent statements (pages 11 and 12. The summaries instruction (page 13) almost surely will be given, but it is brackets for now.

**Instruction Titles.** Court Set 1 includes the titles of the Pattern Instructions to help the jury find the pertinent instruction. There is an edit on page 8, changing the defendant's "failure" to testify or to present evidence to the defendant's "decision," which is a more neutral formulation than "failure."

**Note Taking (page 14).** As previously explained, R. 88 at 4–5, the jury will be allowed to take notes, so this instruction will be given over defense objection.

**Definition of Material (page 17).** Court Set 1 reflects, as agreed by the parties, the pattern instruction for material under 26 U.S.C. § 7206. But the Court asks the parties to consider whether to use the formulation in the parenthetical cite contained in the Committee Comment. As it is, the pattern is arguably a bit vague, and the parenthetical formulation—a " false statement is material when it has the potential for hindering the IRS's efforts to monitor and verify the tax liability of the

---

[1] The page numbers refer to the pagination on the bottom of the page rather than the PDF (the PDF pagination counts the cover page as page one).

taxpayer"—is more concrete. Committee Comment (citing and quoting *United States v. Pree*, 408 F.3d 855, 873 (7th Cir. 2005)). This will be discussed at the instructions conference.

**Good Faith (page 18).** As previously noted, R. 88 at 4, the government no longer objects to the good-faith instruction, so it is included.

ENTERED:

          s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: January 27, 2023