**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-CR-135 |
| | ) | |
| | ) | Judge Edmond E. Chang |
| ALEX AVEVEDO | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO BE INTERVIEWED**
**BY UNITED STATES PROBATION OFFICE, NO LATER THAN MARCH 8, 2023**

Defendant, Alex Acevedo, by undersigned counsel, submits his Motion for Leave to be Interviewed by United States Probation Office no later than March 8, 2023 and in support thereof states as follows:

1) On January 30, 2023, Defendant was found guilty.

2) On January 30, 2023, at 7:00 pm, the Court entered an Order requiring defendant to be interviewed by probation within 14 days of having been found guilty. Dkt. 104

3) On February 1, 2023, undersigned counsel contacted United States Probation in order to schedule an interview of defendant within the 14-day period.

4) As set forth in **<u>Exhibit 1</u>**, counsel engaged in an exchange of emails regarding the date for the scheduled interview of defendant. In short, the probation officer has asked if defendant can be interviewed after the 14-day period and a tentative date of March 8, 2023 has been set for defendant's interview.

5) Counsel for defendant seeks leave to allow defendant to be interviewed by United States Probation on March 8, 2023.

6)     If, however, the Court would like defendant interviewed prior to March 8, 2023, counsel for defendant will work with United States Probation to find an earlier time, other than February 24, 2023, as counsel for defendant will be serving on a volunteer ARDC panel hearing all day that day.

7)     Counsel for defendant has advised the Government of its intent to seek this relief and has provided the Government with the email chain regarding same.

WHEREFORE, Mr. Acevedo respectfully requests that this Honorable Court enter an Order allowing defendant to be interviewed on March 8, 2023.

Dated: **February 2, 2023**.                    Respectfully submitted,

                                               ALEX ACEVEDO


                                By:     /s/ Ricardo Meza_____
                                        Attorney for Defendant


Ricardo Meza, ARDC # 6202784
Meza Law (Firm #64898)
161 N. Clark Street, Suite 1600
Chicago, IL 60601
(312) 802-0336
rmeza@meza.law

**CERTIFICATE OF SERVICE**

        The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing

was served on all parties receiving notice via the Court's CM/ECF system this 2nd day of February,

2023.

                                  /s/ Ricardo Meza
                                  Ricardo Meza